IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.: 3:17-MJ-17-JCG

PETER SKLADZIEN


NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Please take notice that the undersigned hereby enters her appearance as lead-counsel for

the United States of America:

      GLENDA R. HAYNES
      Assistant U.S. Attorney
      501 E. Court St., Ste. 4.430
      Jackson, MS 39201
      Ph: (601) 973-2819
      Fax: (601) 965-4409
      Mississippi Bar No.2132
      E-mail: glenda.haynes@usdoj.gov

      Service of all pleadings, papers, and documents required to be served in this action on the

defendant should also be served on the above-named appearing lead-counsel.

      Respectfully submitted,

      GREGORY K. DAVIS
      United States Attorney

By:   *s/ Glenda R. Haynes*

      GLENDA R. HAYENS
      Assistant U.S. Attorney
      501 E. Court St., Ste. 4.430
      Jackson, MS 39201
      Telephone No.: (601) 973-2824
      Facsimile No.: (601) 965-4409
      Miss. Bar No.: 10179

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system and notification of the "Notice of Appearance"   will be electronically forwarded to all ECF participants.

*s/ Glenda R. Haynes*

*GLENDA R. HAYNES*
Assistant U.S. Attorney