IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                                         NO. 1:17-MJ-17-JCG

PETER SKLADZIEN                                                            DEFENDANT

<u>NOTICE OF ENTRY OF APPEARANCE</u>;
<u>REQUEST FOR DISCOVERY</u>

1. Samuel Christopher Johnson now enters the above numbered cause as attorney of record for the defendant listed above.

2. Please direct all notices or pleadings and DISCOVERY as they issue to the undersigned attorney**. Electronic transfer by pdf email attachment is preferred, if possible**.

                                        Respectfully submitted,

                                        *s/ Samuel Christopher Johnson*
                                        Johnson Law Firm, PLLC
                                        Samuel Christopher Johnson, MSB 10214

Johnson Law Firm, PLLC
P.O. Box 2188
Bay Saint Louis, MS 39521
228.254.0283
scjlawyer@gmail.com