IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:17CR34 HSO-RHW

PETER SKLADZIEN   18 U.S.C. § 2252(a)(4)(B)

**The Grand Jury charges:**

COUNT 1

That on or about December 14, 2016, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **PETER SKLADZIEN**, did knowingly possess one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped, or transported, the production of which involved one or more minors who had not attained 12 years of age, engaging in sexually explicit conduct and the depiction was of such conduct, specifically: the defendant possessed a Black 16 GB PNY USB drive containing one or more file images, in digital still or video format, that contained visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct, and was of such conduct, as defined in Section, 2256, Title 18, United States Code, and that had traveled in interstate commerce.

All in violation of Section 2252(a)(4)(B), Title 18, United States Code.

COUNT 2

That on or about December 14, 2016, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **PETER SKLADZIEN**, did knowingly possess

one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped, or transported, the production of which involved one or more minors who had not attained 12 years of age, engaging in sexually explicit conduct and the depiction was of such conduct, specifically: the defendant possessed a Sony VAIO desktop computer and hard drive containing one or more file images, in digital still or video format, that contained visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct, and was of such conduct, as defined in Section, 2256, Title 18, United States Code, and that had traveled in interstate commerce.

All in violation of Section 2252(a)(4)(B), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this indictment:

(1) HP MINI SN-5CB123218Z;

(2) Dell Latitude Laptop SN-869FBS;

(3) MICRO SD Cards;

(4) HP Probook 6560 SN-5CB1434HPF;

(5) Sony VAIO desktop computer SN-30000924;

(6) Hitachi Hard drive;

(7) HP Pavilion Laptop;

(8) IBM Laptop computer SN-L3-C9891;

(9) Black 16 GB PNY USB drive;

(10) Sony Handycam SN-3261332DCRTRV260;

(11) Nokia Cellphone;

(12) Nokia flip cellphone, and

(13) An IPhone silver in color.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice of any bill of particulars supporting it.

All pursuant to Section 2253(a)(2) and (a)(3), Title 18, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on the 4th day of APRIL, 2017.

UNITED STATES MAGISTRATE JUDGE